# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Civil Rights Division

Case No. 6:20-cv-01303-PGB-GJK
(to be filled in by the Clerk's Office)

KARINA FRANCO-REY

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jury Trial: (check one) ☐ Yes ☒ No

IN CORRELATION TO
6:20-CV-1230-Orl-HOLHR
6:20-CV-1232-Orl-37LHR

VARIOUS SCHOOLS / EMPLOYERS

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: KARINA FRANCO-REY
Street Address: 10011 MARGUTTA DR.
City and County: ORLANDO/UNION PARK ORANGE
State and Zip Code: FL 32825
Telephone Number: 407-335-3882
E-mail Address: franco.k@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

Name: WERNER ENTERPRISES
Job or Title (if known): CDL A DRIVER
Street Address: 14507 FRONTIER RD
City and County: ~~OREANDO/UNION PARK~~ OMAHA, ORANGE
State and Zip Code: ~~FL 32825~~ OMAHA, NE 68139
Telephone Number: 402-895-6640
E-mail Address (if known): EEOC CLAIM FILED #: 511-2020-03124

**Defendant No. 2**

Name: VARIOUS
Job or Title (if known): EMPLOYERS
Street Address: SCHOOLS
City and County: WILL PRESENT
State and Zip Code: AS CASE PROCEEDS
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name: ROYAL HAWAIIAN MOVERS
Job or Title (if known): CDL B DRIVER
Street Address: 400 HANA HWY
City and County: KAHULUI HI 96732
State and Zip Code:
Telephone Number: 808-419-3840
E-mail Address (if known): CASE #: 71845145

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | WERNER ENTERPRISES |
| Street Address | 742 S. COMBEE RD |
| City and County | LAKELAND, FL |
| State and Zip Code | POLK COUNTY |
| Telephone Number | 863.666.3160 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

WILL PROVIDE AS CASE PROCESS

[ ] Relevant state law *(specify, if known)*:

PROVIDED UNDER CIVIL COMPLAINT CASE

[ ] Relevant city or county law *(specify, if known)*:

VARIOUS DUE TO COMMUNICATION

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: EEOC CASE /CHARM # 511-2020-03124

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 7/2018, 7/2019, 9/2019, 10/2019, 4/2020

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [x] gender/sex _____
- [ ] religion _____
- [x] national origin _____
- [x] age (year of birth) __1978__ (only when asserting a claim of age discrimination.)
- [x] disability or perceived disability *(specify disability)*
   WC - WORKPLACE VIOLENCE

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

7/20 20

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter. WILL ISSUE

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 7/21/20 20.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.   PENDING
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PUNITIVE DAMAGES AS A RESULT OF ANXIETY, STRESS, UNEMPLOYMENT, HEALTH ISSUES THAT I AND MY FAMILY HAS SUFFERED. DUE TO THE TRENDS AND SERIES OF EVENTS THAT THREATEN AND ACTS OUT BODILY HARM. DEFAMATION OF CHARACTER, ETC...

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/18/2020

Signature of Plaintiff

Printed Name of Plaintiff: KARIDA FRANCO-REY

*Please note that as a result of communication intervention and the "EVERYBODY" movement I have not been able to get attorney help.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____